1020

No. 03–6306.  MUNIZ v. TRUJILLO, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 03–6308.  STOUTMILES v. JAMROG, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–6309.  WASHINGTON v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 03–6310.  PARKER v. MILLER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 03–6311.  HAYES v. POLOTSKY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–6312.  FOOTE v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 03–6314.  HAMBRICK v. STATE FARM FIRE AND CASUALTY INSURANCE.  Sup. Ct. Ga.  Certiorari denied.

No. 03–6322.  COX v. BAYER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–6328.  BROMWELL v. DORMIRE, SUPERINTENDENT, MISSOURI STATE PENITENTIARY.  Sup. Ct. Mo.  Certiorari denied.

No. 03–6329.  AFFLIC v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 03–6330.  KEELEN v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 03–6338.  LEWIS v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 03–6340.  WALTERS v. TUGLE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 03–6341.  TREUL v. BUTLER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–6345.  SEELEY v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 03–6346.  SHIPP v. YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.